```
                UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF PENNSYLVANIA
                      U.S. COURTHOUSE
                   INDEPENDENCE MALL WEST
                      601 MARKET STREET
                  PHILADELPHIA, PA 19106-1797
```

August 8, 2002

Laura W. Helbling, Esq.
Steven B. Larchuk, Esq.
MALONE, LARCHUK & MIDDLEMAN, P.C.
Northridge Office Plaza
117 VIP Drive
Suite 310
Wexford, PA 15090

                                            RE: Campbell v. Ford
                                            CIVIL ACTION NO. 02-3617

Dear Counsel:

      A review of the Court's records shows that service of the complaint has not been made in the above-captioned action upon the defendants.

      In order to eliminate a delay in bringing this case to trial, service must be made by **October 6, 2002,** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. Proof of service must be filed with the Clerk's Office within five days of service. If service is not made within the time set forth above, the court will dismiss the complaint without prejudice for lack of prosecution.

                                            Very truly yours,

                                            Constantine S. Flores
                                            Deputy Clerk to Judge Robreno

Civ. 22