IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Brooke Ryan Mozina Campbell, Administratrix of the Estate of Campbell Scott Allen, deceased, and in her own right and as surviving parent and natural guardian of Jared Campbell and Lucas Campbell, minors, | : : : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 02-CV-3617 |
| v. | : : | |
| Ford Motor Company | : : | |
| and | : : | |
| LeasePlan USA, Inc. | : : | |
| Defendants | : | |

**ANSWER OF DEFENDANT FORD MOTOR COMPANY TO DEFENDANT
<u>LEASEPLAN USA INC'S CROSSCLAIM</u>**

Defendant, Ford Motor Company ("Ford"), by and through its attorneys Campbell Campbell Edwards & Conroy, P.C., hereby responds to Defendant LeasePlan USA, Inc's Crossclaim as follows:

Ford hereby incorporates its responses contained in its' Answer to Plaintiff's Complaint as though fully set forth at length herein.

1. Denied as a conclusion of law to which no response is required. To the extent that a response is required, Ford denies same and demands strict proof thereof at trial.

2. Denied as a conclusion of law to which no response is required. To the extent that a response is required, Ford denies same and demands strict proof thereof at trial.

WHEREFORE, Ford Motor Company respectfully requests judgment in its favor together with attorneys fees and costs as allowed by law.

        Respectfully submitted,

        **CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.**

        By: _____
            C. Scott Toomey, Esquire
            Tiffany M. Alexander, Esquire
            Attorneys for Defendant
            Ford Motor Company

Dated:_____