```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


BROOKE RYAN MOZINA CAMPBELL,    :       CIVIL ACTION
                                :
          v.                    :
                                :
FORD MOTOR COMPANY,             :       NO.  02-3617
```

**O R D E R**

AND NOW, this **7th** day of **October 2002,** it is Ordered that the Initial Pretrial Conference initially scheduled on **October 8, 2002 at** 12:00 is **RESCHEDULED** on **October 8, 2002 at 3:00 p.m..** Room 7614 US Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

```
     ATTEST:                    or    BY THE COURT


     BY:_____         _____
     Deputy Clerk                          Judge
```

C.V. 12 (4/99)

cc via Fax:

Laura Helbling, Esq.
Steven Larchuk, Esq.
Tiffany Alexander, Esq.
William C. Foster, Esq.