IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BROOKE RYAN MOZINA CAMPBELL, | : | CIVIL ACTION |
| | : | NO. 02-3617 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FORD MOTOR COMPANY, ET AL., | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this **8th** day of **October, 2002,** it is hereby **ORDERED** that the Initial Pretrial Conference for this case is continued until **December 9, 2002.**[1]  It is further **ORDERED** that the parties shall comply with the provisions of Federal Rule of Civil Procedure 26(f) and submit a detailed joint discovery and management plan to the court by **December 2, 2002.**

**AND IT IS SO ORDERED.**

                                                 **EDUARDO C. ROBRENO,    J.**

---

[1] At the conference, the court will consider whether the matter should be transferred to the Western District of Pennsylvania for the convenience of the parties and witnesses and in the interest of justice.  See 28 U.S.C. §1404(a).  If, as represented, plaintiff, as well as plaintiff's counsel, are located in the Western District, and the accident occurred and the witnesses to the accident may be found in the Western District, it would appear that there is little justification for this matter to remain in the Eastern District of Pennsylvania.