IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BROOKE RYAN MOZINA CAMPBELL, ET AL. | : : : | CIVIL ACTION |
| v. | : : | |
| FORD MOTOR COMPANY, ET AL. | : | NO. 02-3617 |

**O R D E R**

AND NOW, this 6th day of December, 2002, it is Ordered that a hearing on defendant Ford Motor Company's motion to transfer (doc. no. 18) is scheduled for **December 20, 2002 at 9:00 a.m.**, before the Honorable Eduardo C. Robreno, in Courtroom 3A, 3rd floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.[1]

ATTEST:                              or    BY THE COURT


BY:_____           _____
Deputy Clerk                                Judge

C.V. 12 (4/99)

faxed & mailed to: Charles Scott Toomey, Esq.
                   Tiffany M. Alexander, Esq.
                   William C. Foster, Esq.
                   Brian Samuel Malkin, Esq.
                   Laura W. Hays, Esq.
                   Steven B. Larchuk, Esq.

---

[1] The pretrial conference scheduled for December 9, 2002 is continued to December 20, 2002 at 9:00 a.m.